UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1-23-cr-190-6 (ABJ) |
| | : | |
| DEAUNDRE BLOUNT | : | |
| | : | |
| _____ | : | |

**MOTION TO JOIN AND ADOPT DEFENDANT MITCHELL'S MOTIONS**

Deaundre Blount, through counsel, respectfully requests that the Court allow him to join and adopt Defendant D'Marrell Mitchell's Motions to Suppress (ECF 167, 168), and Motion to Dismiss (ECF 164) with respect to counts Three, Four, and Five. Counsel, only recently appointed, is not in possession of discovery at this juncture. However, a bare reading of the Indictment and Mr Mitchell's pleadings indicates to counsel which of Mr Mitchell's arguments apply to Mr Blount's case. Moreover, the essential legal basis is not fact-specific to one defendant on the relevant counts and would appear to apply equally to all defendants if granted. Further, it is in the interest of judicial economy to allow this motion.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Deaundre Blount

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing notice on Motion to Join and Adopt Defendant Mitchell's Motion is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 13th day of June, 2025.

      /s/ *Peter A. Cooper*
      _____
      Peter A. Cooper

2