UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHLEY GAUSE, et al.,<br><br>Defendants. | Criminal Case No. 23-cr-190 (ABJ) |

**GOVERNMENT'S NOTICE OF EXPERT TESTIMONY
IN THE FIELD OF SEIZED DRUG EXAMINATIONS**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby provides notice that it may introduce the testimony of an expert witnesses in the field of seized drug examinations as described in the attached letter, which was provided to defense counsel on June 20, 2025. The government will supplement these disclosures as appropriate and sufficiently before trial to provide the defense a fair opportunity to meet the evidence. *See* Fed. R. Crim. P. Rule 16(a)(1)(G)(ii).

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

By:   /s/ Sarah Martin
       Sarah Martin
       Assistant United States Attorney
       D.C. Bar 1612989
       601 D Street NW
       Washington, DC
       (202) 252-6775
       Sarah.Martin@usdoj.gov



U.S. Department of Justice

JEANINE FERRIS PIRRO
United States Attorney

District of Columbia

*Patrick Henry Building*
*601 D Street NW*
*Washington, DC 20530*

June 20, 2025

Carmen Hernandez, Esq.
*Counsel for Ashley Gause*
Diane Shrewsbury, Esq.
*Counsel for D'Marrel Mitchell*
Erin Scialpi, Esq.
*Counsel for Terrance Branham*
Peter Cooper, Esq.
*Counsel for Deaundre Blount*
**VIA EMAIL AND ECF**

Re:   United States v. Gause et al.
      Case No. 23-cr-190 (ABJ)

Dear Counsel,

We are writing pursuant to Rule 16 of the Federal Rules of Criminal Procedure to provide notice of the following expert witness whom the government may call at trial in this matter:

**Jason Brewer, Ph.D. – Chemist and Forensic Examiner**

Dr. Brewer is an expert in the field of seized drug examinations. He currently works in the FBI Laboratory Chemistry Unit (CU) in Quantico, Virginia. He will describe the accreditation of the FBI Laboratory facilities and their discipline, seized drug examinations. The applicable FBI Laboratory facilities are accredited by the ANSI[1] National Accreditation Board (ANAB) as described on the FBI Laboratory ANAB Scope of Accreditation. The accreditation includes adherence to the ISO/IEC 17025:2017 (ISO 17025) and ANAB AR 3125 standards.

In order to obtain his position as a forensic examiner, Dr. Brewer was required to successfully complete an extensive training program at the FBI Laboratory to demonstrate competency, which included written tests, practical exercises, simulated casework examinations,

---

1 ANSI stands for American National Standards Institute.

oral boards, moot court exercises, competency tests, and supervised casework. Dr. Brewer successfully completed oral boards and passed competency tests in their field. Since being qualified as a forensic examiner, Dr. Brewer has demonstrated continued proficiency in his authorized discipline through successful completion of performance monitoring exercises pursuant to the Laboratory Quality Assurance Manual. Dr. Brewer has performed drug analysis examinations on hundreds of criminal cases.

### *Qualifications, Publications and Testimonies*

All qualifications, publications authored in the previous 10 years, as well as a list of all other cases during the previous four years in which forensic examiner Brewer has testified as an expert[2], are contained within his Curriculum Vitae, which was separately provided to you.

### *The Witness's Opinions*

Dr. Brewer will provide general background information regarding seized drug examinations, including the examinations conducted and the conclusions that were reached. Dr. Brewer will testify that when evidence is received at the FBI Laboratory for seized drug examinations, the sample(s) are processed in accordance with the Operations Manual, Quality Assurance Manual, and applicable Technical Procedures in place at the time at the FBI Laboratory.[3] He determined the relevant samples in this case were suitable for analysis.

Dr. Brewer will describe the processes used to analyze and identify the seized drug sample(s), which included the following techniques: visual examinations, pharmaceutical identifiers, weight determination, infrared spectroscopy (IR), gas chromatography (GC), and mass spectrometry (MS). The identification of a drug(s) relies upon positive results from two orthogonal techniques (techniques that utilize different fundamental principles of selectivity for characterizing an analyte or class of analytes) with at least one of the techniques providing chemical structure information. The analytical results are compared to reference material(s) (when available) that are analyzed on the same equipment under the same conditions.

At trial, Dr. Brewer will testify regarding the limitations of the examination(s), and what his conclusions were. Dr. Brewer will explain that a technical review and administrative review was conducted on his FBI Laboratory file records prior to the issuance of the FBI Laboratory Report. Specifically, the results to which Dr. Brewer will testify regarding the examinations he conducted in this case are contained within his Laboratory Report dated April 30, 2025. His testimony will be provided in accordance with the FBI Approved Standards for Scientific Testimony and Reports and United States Department of Justice Uniform Language for Testimony and Reports.[4] Notably, Dr. Brewer served as the supervisor in this case. The bench work was

---

[2] The listed testimonies may include other subject areas than seized drug examinations.
[3] The Operations Manual, Quality Assurance Manual, and applicable Technical Procedures used in this case have been produced in discovery.

[4] FBI Approved Standards for Scientific Testimony and Reports have been provided in discovery. *See* Department of Justice Uniform Language for Testimony and Reports. https://www.justice.gov/olp/uniform-language-testimony-and-reports

conducted by another chemist, and Dr. Brewer relied on that bench work when conducting his examination and rendering the conclusions outlined in the April 30, 2025 Laboratory Report.

*The Basis and Reasons for the Witness's Opinions*

Forensic Examiner Brewer's opinions are based on the results of the examination of the evidence and are documented in his 1A case file materials, which have been requested and will be provided to you as part of discovery and are hereby incorporated by reference, as well as his training, education, experience, and expertise as a Forensic Examiner. Dr. Brewer's expert opinions, set forth more fully in his report dated April 30, 2025, and the basis for these opinions, are guided by the Operations Manual, Quality Assurance Manual, and applicable Technical Procedures, each of which has been provided in discovery and are hereby incorporated by reference. Dr. Brewer may also rely on peer-reviewed literature to provide context to the seized drug examinations result(s). Dr. Brewer has reviewed, approved, and signed this notice pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(v).

Jason Brewer, Ph.D.
Forensic Examiner
Federal Bureau of Investigation
Laboratory Division
Quantico, Virginia

                        Respectfully submitted,

                        JEANINE FERRIS PIRRO
                        United States Attorney

By:    /s/ Sarah Martin
       Sarah Martin
       Assistant United States Attorney
       D.C. Bar 1612989
       601 D Street NW
       Washington, DC
       (202) 252-6775
       Sarah.Martin@usdoj.gov