UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ASHLEY GAUSE, et al.,**<br><br>Defendants. | Criminal Case No. 23-cr-190 (ABJ) |

**GOVERNMENT'S NOTICE OF EXPERT TESTIMONY**
**IN THE FIELD OF DRUG TRAFFICKING AND DISTRIBUTION**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby provides notice that it may introduce the testimony of an expert witnesses in the field of drug trafficking and distribution as described in the attached letter, which was provided to defense counsel on June 20, 2025. The government will supplement these disclosures as appropriate and sufficiently before trial to provide the defense a fair opportunity to meet the evidence. *See* Fed. R. Crim. P. Rule 16(a)(1)(G)(ii).

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

By:   /s/ Sarah Martin
      Sarah Martin
      Assistant United States Attorney
      D.C. Bar 1612989
      601 D Street NW
      Washington, DC
      (202) 252-6775
      Sarah.Martin@usdoj.gov



U.S. DEPARTMENT OF JUSTICE

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

DISTRICT OF COLUMBIA

---

*Judiciary Center*
*601 D Street, N.W.*
*Washington D.C., 20530*

June 20, 2025

Carmen Hernandez, Esq.
*Counsel for Ashley Gause*
Diane Shrewsbury, Esq.
*Counsel for D'Marrel Mitchell*
Erin Scialpi, Esq.
*Counsel for Terrance Branham*
Peter Cooper, Esq.
*Counsel for Deaundre Blount*
**VIA EMAIL AND ECF**

        Re:    United States v. Gause et al.
                 Case No. 23-cr-190 (ABJ)

Dear Counsel:

      I write to notify you that the Government may call a witness as an expert in the field of drug trafficking and distribution.

*Opinions to Be Elicited*

The Government anticipates that the expert witness will testify about the following:

- The methods of using and purchasing narcotics in the larger metropolitan area of the District of Columbia, Maryland, and Virginia, including but not limited to, the reasons for such methods; the cost (price) of narcotics, both wholesale and retail; the common dosage of, usable and measurable amounts, and strength of narcotics; packaging materials, cutting agents, scales, and paraphernalia for using drugs; and methods used to avoid detection of narcotics by law enforcement.

- The methods for processing, packaging, selling, transferring, and trafficking narcotics in the larger metropolitan area of the District of Columbia, Maryland, and Virginia, including but not limited to the roles of different participants in drug trafficking schemes.

- The manner in which the narcotics sold on the street level in the larger metropolitan area of the District of Columbia, Maryland, and Virginia are commonly packaged and sold based on the narcotic.

Regarding the specific facts of this case, the government further expects its witness to testify:

- Promethazine with Codeine is a prescription drug, classified as a Schedule V controlled substance, that is generally prescribed to treat a cough but is often illegally sold and distributed for recreational use.

- "Purple Drank" is a slang term for a recreational drug beverage typically composed of Promethazine with Codeine or similar prescription drug and a soft drink.

- "Blue," "blues", "30s", or "M30s" are common street names for synthetic opioid pills. Synthetic opioids such as "blues" are often prepared and distributed in pill form and stamped with the letter "M" on one side and the number "30" on the other.

- "RP 5s" or "5s" are common street names for another type of synthetic opioid pill. These types of synthetic opioid pills are often prepared and distributed in pill form and stamped with the letters "R" and "P" on one side, and the number "5" on the other.

- "U15s" or "15s" are common street names for another type of synthetic opioid that is prepared and distributed in pill form with the letter "U" followed by the number "15" on the same side.

- "Perx" is a slang term for Percocet, another synthetic opioid.

- "Oxys" is a slang term for Oxycodone, another synthetic opioid. "Oxys" is also a slang term for OxyContin, a trade name for Oxycodone.

- "Addies" is a common street name for Adderall, a Schedule II controlled substance. Adderall is often prepared and distributed in pill form, stamped with the letters "A" and "D" on one side, and the number "30" on the other.

- It is common for drug traffickers to find, market, and sell analogues or similar synthetics that can serve as a substitute for a specific controlled substance.

- Based on a review of the defendants' cellphones, the defendants were engaged in the robbery, marketing, and distribution of narcotics. Specifically, law enforcement discovered:

    o Discussions about the price, quantity, and sale of narcotics, including synthetic opioids and prescription cough syrup, between Defendant Gause and purchasers or other distributors of narcotics, including what appear to be negotiations and consummated sales;

    o Text messages and photos exchanged between Defendant Gause and a potential purchaser of narcotics named Melik Mallet between April 2020 and April 2021 that show the negotiation and consummated sale of narcotics;

    o Photos exchanged between Defendant Gause and Defendant Mitchell from November 2020 through March 2021, including photos of:

        ▪ Bottles of Promethazine with codeine, including a photo of appears to be the restricted area of a pharmacy with several bottles of Promethazine with codeine on a shelf and the caption, "Lord [Heart Smiley Emoji]";

        ▪ An individual holding a bottle of Promethazine with codeine in their hand;

        ▪ Two prescription bottles of Promethazine with the caption, "250 new day new price";

        ▪ A clear bag of white, oval pills stamped with the letter "U" followed by the number "15". The photo is edited with a red circle around one of the pills and the caption: "Real deal";

        ▪ A paper plate containing piles of give different types of pills;

    o A photo on Defendant Gause's cellphone dated May 9, 2020, depicting a bottle of Promethazine with codeine next to a bottle of soda, and a bag of pills in the background; and

    o Another photo from Defendant Gause's cellphone, also dated May 9, 2020, depicting Defendant Gause, Defendant Henderson, and Bartwone Copeland holding cups containing a purple in color liquid.

    o In August 2020, January 2021, February 2021, March 2021, and May 2021, photos and text messages exchanged between Gause and multiple individuals during which Gause advertises the sale of narcotics including Oxycodone Hydrochloride, Hydrocodone Bitartrate, Percocets, and Adderall. Defendant Gause discusses the

- price and quantity with these potential buyers and in some cases, negotiates the prices.

- The quantity of prescription medications stolen during the pharmacy robberies is more consistent with distribution than personal use.

- The manner in which the prescription medications were stolen is more consistent with distribution than personal use.

- Overall, the quantity and type of narcotics that were stolen, as well as the photos and text messages between the defendants themselves and with potential purchasers, indicates that the defendants intended to and did distribute the narcotics that they stole during the pharmacy robberies.

The above opinions are not intended as a verbatim recitation of the expert witness's testimony and the witness may provide additional testimony to elaborate or clarify the above opinions. In addition, the witness may offer additional opinions in response to defense questioning or in rebuttal. Once an expert witness has been selected, the government will supplement its notice accordingly, and will provide the witness's CV, along with any reports or exhibits generated in preparation for trial.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Sarah Martin_____
Sarah Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
(202) 252-6775
Sarah.Martin@usdoj.gov