IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

      v.                Case No. 1:23-CR-190-ABJ-2

Robert Andrew Cooper

**Notice of Appearance—Defendant, co-counsel**

Benjamin Schiffelbein enters his appearance as co-counsel for D'Marrell Mitchell on behalf of A.J. Kramer, Federal Public Defender for the District of Columbia.

Respectfully submitted,

/s/ Benjamin Schiffelbein
625 Indiana Ave NW, Ste 550
Washington, DC 20004
(202)208-7500 ext. 5111
Benjamin_Schiffelbein@fd.org