UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 23-cr-190 (ABJ) |
| ASHLEY GAUSE, et al., : | |
| : | |
| DEFENDANTS. : | |

**CONSENT MOTION TO EXTEND OPPOSITION DEADLINE**

The United States of America respectfully requests that the Court extend its June 27, 2025 deadline to file its opposition to the defendants' motion to suppress tower dump records (ECF No. 127) to July 7, 2025. In support of its motion, the government relies on the following:

1. On June 13, 2025, defendant Mitchell filed his motion to suppress tower dump records (ECF No. 167).

2. Defendants Branham, Blount, and Gause subsequently moved to join that motion (ECF No. 169, 170, and 172), among others. On June 17, 2025, the Court granted the defendants' request. Minute Order, dated June 17, 2025.

3. Given that the motion to suppress tower dump records implicates fairly recent court opinions and raises novel legal issues, the government requires additional time to thoroughly research and brief its opposition. Thus, the government respectfully moves to extend its opposition deadline to July 7, 2025.

4. Defense counsel for Mitchell, Branham, and Blount consent to the instant motion. The government has not received a position from Gause's counsel.

In light of the foregoing, the government respectfully requests that the Court extend the government's opposition deadline for the motion to suppress tower dump records from June 27, 2025, to July 7, 2025. Should the Court grant the government's motion, the government also requests that the accompanying reply deadline be extended to July 14, 2025.

Respectfully Submitted,

JEANINE FERRIS PIRRO.
United States Attorney

By: /s/ Sarah Martin
Sarah Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
(202) 252-6775
Sarah.Martin@usdoj.gov