UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v.    * | Case No.  23-cr-00190-1 (ABJ) |
| * | |
| ASHLEY GAUSE   * | |

ooOoo

**MOTION TO JOIN AND ADOPT MITCHELL
MOTION TO EXCLUDE IMPROPER RULE 404(b) EVIDENCE**

Ashley Gause, by her undersigned counsel, hereby respectfully moves this Honorable Court for leave to join and adopt the Motion to Exclude Improper Rule 404(b) Evidence (ECF 226) filed by Defendant Mitchell.  In support of this motion, Ms. Gause states that she has reviewed the facts and arguments set out in the Mitchell Motion (ECF 226) and has determined that the relief requested applies with equal force to Ms. Gause.  The Mitchell Motion addresses the Digital Evidence Exhibit PowerPoint ("PowerPoint") produced by the government to Defendants.[1]  A copy of the Government Power Point will be provided to the Court by the Government for its consideration in connection with the Mitchell Motion (ECF 226).

1. In particular, and without limiting the arguments and objections presented in the Mitchell motion, Ms. Gause objects Slide # 23, 32, 33, 38, 258, 259, 261, 262, 264, 265, 266, 268. 270, 271, 272, 273, 276, 280, 287, 288, 289, 290 and 295 contained in the Government PowerPoint. Each of these slides contains images that are fall within the scope of Rule 404(b).

---

[1] On August 8, 2025, the government provided to defense counsel a PowerPoint titled "Digital Evidence Exhibit PowerPoint," which is 303 pages long and includes hundreds of images, text messages, and other items which are not otherwise included in the government's exhibit list. *See* ECF No. 223 at 68-69 (Defense objections to government exhibit list).

2.      Ms. Gause submits that allowing her to join and adopt the Mitchell Motion promotes fairness, secures simplicity and eliminates unjustifiable expense to the CJA budget and promotes efficient use of judicial resources and a just resolution in accordance with Fed. R. Crim. Proc. 2.

WHEREFORE, upon consideration of the foregoing motion, Ashley Gause respectfully prays that this Honorable Court grants her leave to adopt and join the Mitchell Motion (ECF 226).

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion was served on all counsel of record via ECF this 19th day of August, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**