UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 23-cr-190 (ABJ) |
| v. | |
| ASHLEY GAUSE, et al., | |
| Defendants. | |

**GOVERNMENT'S NOTICE OF EXPERT TESTIMONY
IN THE FIELD OF DRUG TRAFFICKING AND DISTRIBUTION**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby provides notice that it will introduce the testimony of Investigator Ryan Bernier, an expert witness in the field of drug trafficking and distribution as described in the attached letter. The government will supplement these disclosures as appropriate and sufficiently before trial to provide the defense a fair opportunity to meet the evidence. *See* Fed. R. Crim. P. Rule 16(a)(1)(G)(ii).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Sarah Martin
Sarah Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
(202) 252-6775
Sarah.Martin@usdoj.gov



U.S. DEPARTMENT OF JUSTICE

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

DISTRICT OF COLUMBIA

*Judiciary Center*
*601 D Street, N.W.*
*Washington D.C., 20530*

August 27, 2025

Carmen Hernandez, Esq.
*Counsel for Ashley Gause*
Diane Shrewsbury, Esq.
*Counsel for D'Marrel Mitchell*
Erin Scialpi, Esq.
*Counsel for Terrance Branham*
Peter Cooper, Esq.
*Counsel for Deaundre Blount*
**VIA EMAIL AND ECF**

     Re: United States v. Gause et al.
        Case No. 23-cr-190 (ABJ)

Dear Counsel:

  I write to notify you that the Government will call Investigator Ryan Bernier as an expert in the field of drug trafficking and distribution. His qualifications, education, background, experience, training, and prior testimony are set forth in his resume which is attached to this filing.

*Opinions to Be Elicited*

The Government anticipates that the expert witness will testify about the following:

- The methods of using and purchasing narcotics in the larger metropolitan area of the District of Columbia, Maryland, and Virginia, including but not limited to, the reasons for such methods; the cost (price) of narcotics, both wholesale and retail; the common dosage of, usable and measurable amounts, and strength of narcotics; packaging materials, cutting

agents, scales, and paraphernalia for using drugs; and methods used to avoid detection of narcotics by law enforcement.
- The methods for processing, packaging, selling, transferring, and trafficking narcotics in the larger metropolitan area of the District of Columbia, Maryland, and Virginia, including but not limited to the roles of different participants in drug trafficking schemes.
- The manner in which the narcotics sold on the street level in the larger metropolitan area of the District of Columbia, Maryland, and Virginia are commonly packaged and sold based on the narcotic.

Regarding the specific facts of this case, the government further expects its witness to testify:

- Promethazine with Codeine is a prescription drug, classified as a Schedule V controlled substance, that is generally prescribed to treat a cough but is often illegally sold and distributed for recreational use.

- "Purple Drank" is a slang term for a recreational drug beverage typically composed of Promethazine with Codeine or similar prescription drug and a soft drink.

- "Blue," "blues", "30s", or "M30s" are common street names for synthetic opioid pills. Synthetic opioids such as "blues" are often prepared and distributed in pill form and stamped with the letter "M" on one side and the number "30" on the other.

- "RP 5s" or "5s" are common street names for another type of synthetic opioid pill. These types of synthetic opioid pills are often prepared and distributed in pill form and stamped with the letters "R" and "P" on one side, and the number "5" on the other.

- "U15s" or "15s" are common street names for another type of synthetic opioid that is prepared and distributed in pill form with the letter "U" followed by the number "15" on the same side.

- "Perx" is a slang term for Percocet, another synthetic opioid.

- "Oxys" is a slang term for Oxycodone, another synthetic opioid. "Oxys" is also a slang term for OxyContin, a trade name for Oxycodone.

- "Addies" is a common street name for Adderall, a Schedule II controlled substance. Adderall is often prepared and distributed in pill form, stamped with the letters "A" and "D" on one side, and the number "30" on the other.

- It is common for drug traffickers to find, market, and sell analogues or similar synthetics that can serve as a substitute for a specific controlled substance.

- Based on a review of the defendants' cellphones, the defendants were engaged in the robbery, marketing, and distribution of narcotics. Specifically, law enforcement discovered:

  o Discussions about the price, quantity, and sale of narcotics, including synthetic opioids and prescription cough syrup, between Defendant Gause and purchasers or other distributors of narcotics, including what appear to be negotiations and consummated sales;

  o Text messages and photos exchanged between Defendant Gause and a potential purchaser of narcotics named Melik Mallet between April 2020 and April 2021 that show the negotiation and consummated sale of narcotics;

  o Photos exchanged between Defendant Gause and Defendant Mitchell from November 2020 through March 2021, including photos of:

    - Bottles of Promethazine with codeine, including a photo of appears to be the restricted area of a pharmacy with several bottles of Promethazine with codeine on a shelf and the caption, "Lord [Heart Smiley Emoji]";

    - An individual holding a bottle of Promethazine with codeine in their hand;

    - Two prescription bottles of Promethazine with the caption, "250 new day new price";

    - A clear bag of white, oval pills stamped with the letter "U" followed by the number "15". The photo is edited with a red circle around one of the pills and the caption: "Real deal";

    - A paper plate containing piles of different types of pills;

  o A photo on Defendant Gause's cellphone dated May 9, 2020, depicting a bottle of Promethazine with codeine next to a bottle of soda, and a bag of pills in the background; and

  o Another photo from Defendant Gause's cellphone, also dated May 9, 2020, depicting Defendant Gause, Defendant Henderson, and Bartwone Copeland holding cups containing a purple in color liquid.

  o In August 2020, January 2021, February 2021, March 2021, and May 2021, photos and text messages exchanged between Gause and multiple individuals during which Gause advertises the sale of narcotics including Oxycodone Hydrochloride, Hydrocodone Bitartrate, Percocets, and Adderall. Defendant Gause discusses the

price and quantity with these potential buyers and in some cases, negotiates the prices.

- The quantity of prescription medications stolen during the pharmacy robberies is more consistent with distribution than personal use.

- The manner in which the prescription medications were stolen is more consistent with distribution than personal use.

- Overall, the quantity and type of narcotics that were stolen, as well as the photos and text messages between the defendants themselves and with potential purchasers, indicates that the defendants intended to and did distribute the narcotics that they stole during the pharmacy robberies.

The above opinions are not intended as a verbatim recitation of the expert witness's testimony and the witness may provide additional testimony to elaborate or clarify the above opinions. In addition, the witness may offer additional opinions in response to defense questioning or in rebuttal. Once an expert witness has been selected, the government will supplement its notice accordingly, and will provide the witness's CV, along with any reports or exhibits generated in preparation for trial.

I have reviewed and approve this disclosure:

Date: 08/27/2025

_____
Investigator Ryan Bernier
Metropolitan Police Department


Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Sarah Martin
      Sarah Martin
      Assistant United States Attorney
      D.C. Bar 1612989
      601 D Street NW
      Washington, DC
      (202) 252-6775

Sarah.Martin@usdoj.gov

Ryan Bernier
Cell Phone: 202–597–2103
Email: Ryan.Bernier@dc.gov

**Professional Experience**

Metropolitan Police Department                                                                         Washington DC
Police Investigator / Task Force Officer with Drug Enforcement Administration
                                                                                                      August 2013 – Present
Current Assignment – Violent Crime Suppression Division – Violent Crime Investigation Team
- Investigates and apprehends person suspected of illegal sale or use of illegal narcotics
- Established and maintained reliable confidential informants
- Accurately prepare arrest warrants
- Open investigations from residence of DC for illegal narcotics activity and sales
- Preparing and successfully executing search warrants on residences, vehicles, cell phones, and social media accounts

Seekonk Police Department                                                                                    Seekonk MA
Police Officer                                                                              November 2011 – August 2013
- Patrolling the town of Seekonk as a fully sworn police officer
- Performing motor vehicle stops and other law enforcement duties, responding to calls, and assisting in investigations for a town of 18,000
- Collaborating with citizens and community agencies to prevent and solve crimes.

Marion Police Department                                                                                      Marion MA
Police Officer                                                                          November 2009 – November 2011
- Operated CJIS computers in compliance with departmental policies and state laws
- Responded to emergencies and resolved incidents, made arrests, issued citations, and wrote accurate reports
- Acted as the department Designated Infection Control Officer

Stonehill College Police Department                                                                          Easton MA
Police Officer                                                                                May 2007 – November 2009
- Patrolled the College to ensure security of life, property, public order, and rights of students
- Investigated criminal activity and interacted with other agencies in collection of evidence
- Responded and acted in emergency situations, analyzed circumstances, adopted effective course of action, and exercised sound judgment under pressure

**Education**

Metropolitan Police Academy                                                                            Washington DC
Metropolitan Police Department                                                                             August 2013
Police Officer

Massachusetts Bay Transit Police Academy                                                                    Quincy MA
Municipal Police Training Committee                                                                          May 2008
Police Officer

| | |
|---|---:|
| Westfield State College<br>Bachelor of Science<br>Criminal Justice | Westfield MA<br>May 2007 |

**Training Attended**

| | |
|---|---:|
| Fentanyl Poisoning Investigations Seminar<br>Drug Enforcement Administration | Chantilly, VA<br>November 2024 |
| 30th Narcotics Investigator Information Sharing Conference<br>MAGLOCLEN | Ocean City, MD<br>October 2024 |
| Death's Puzzle: Mastering the Art of Death and Homicide Investigations<br>Pinnacle TCI<br>(Certification of Training) | Washington DC<br>September 2024 |
| TruNarc Basic Operator Course<br>Thermo Fisher Scientific<br>(Certificate of Completion) | Online<br>April 2024 |
| Xylazine – The Law Enforcement Response to Xylazine<br>Graves Association – Drug Intelligence Bulletin | Online<br>January 2024 |
| Task Force Officer School No. 24<br>Drug Enforcement Administration | Quantico, VA<br>June 2023 |
| Investigating Overdose Deaths<br>Drug Enforcement Administration | Washington DC<br>May 2023 |
| Illicit Hazardous Environment Technician Level – Class SLT 405<br>Drug Enforcement Administration<br>(Certification Received) | Quantico, VA<br>October 2022 |
| Fentanyl & Other Deadly Drug Investigations<br>908 Devices<br>(Certification of Training) | Front Royal, VA<br>September 2022 |
| Clandestine Lab Training<br>Drug Enforcement Administration | Washington DC<br>May 2022 |
| NARK II Progressive System of Drug Identification<br>Sirchie<br>(Certification of Training) | Online<br>February 2022 |
| Drug Identification<br>Northeast Counterdrug Training Center | Online<br>December 2021 |

(Certification of Training)

| | |
|---|---:|
| Mexican Drug Cartel Investigations<br>Northeast Counterdrug Training Center<br>(Certification of Training) | Online<br>November 2021 |
| Current Drug Trends ACL#1<br>Drug Enforcement Administration<br>(Certification of Training) | Washington DC<br>March 2018 |
| Advanced Social Media Techniques for Obtaining Search Warrants<br>Metropolitan Police Department<br>(Certification of Training) | Washington DC<br>June 2017 |
| CST Training<br>Metropolitan Police Department | Washington DC<br>May 2016 |
| Confidential Informant Cultivation & Management<br>Metropolitan Police Department | Washington DC<br>December 2015 |
| NarcoPouch Drug Field Testing<br>M.P.I.<br>(Certification of Training) | Grafton, MA<br>December 2012 |
| Advanced Roadside Impaired Driving Enforcement<br>National Highway Traffic Safety Administration<br>(Certification of Training) | Boylston MA<br>July 2012 |
| 42nd New England Narcotics Enforcement Officer Conference<br>NESPIN<br>(Certification of Training) | Hyannis MA<br>May 2012 |
| 41st New England Narcotics Enforcement Officer Conference<br>NESPIN | Hyannis MA<br>May 2011 |
| Investigative Statement Analysis & Cognitive Interviewing<br>Linguistic Interrogation Expert Services<br>(Certification of Training) | Westfield MA<br>August 2009 |
| First on Scene Meth Awareness<br>NES Inc.<br>(Certification of Training) | Easton MA<br>March 2009 |

**Training Instructed**

Metropolitan Police Department                                                                                      Washington DC

| | |
|---|---|
| Basic Observation Post Training | February 2025 |
| Metropolitan Police Department<br>CFSA Narcotics Training | Washington DC<br>June 2024 |
| Metropolitan Police Department<br>Current Drug Trends in DC Training – SMU Training | Washington DC<br>January 2024 |
| Metropolitan Police Department<br>Overdose Response Training – SMU Training | Washington DC<br>January 2024 |
| Metropolitan Police Department<br>CST Training – Drug Enforcement | Washington DC<br>March 2023 |
| Metropolitan Police Department<br>Undercover Officers Training Course | Washington DC<br>February 2023 |
| United States Attorney's Office<br>Basic Training – Types of Drugs in D.C. | Washington DC<br>Since 2021 |
| Metropolitan Police Department<br>Metropolitan Police Academy Recruit Training Drug Identification Training | Washington DC<br>Since 2020 |
| Metropolitan Police Department<br>Metropolitan Police Academy Recruit Training Confidential Informants | Washington DC<br>Since 2020 |
| Metropolitan Police Department<br>Metropolitan Police Academy Recruit Training Confidential Funds | Washington DC<br>Since 2020 |
| Metropolitan Police Department<br>Violent Crime Suppression Division–CST to NEU Detail Training | Washington DC<br>May 2022 – Sept 2022 |
| Metropolitan Police Department<br>Metropolitan Police Academy 6th District Training Authoring Narcotics Search Warrants | Washington DC<br>Feb 2022 |
| Department of Forensic Science<br>DFS CSSU Academy - Types of Drugs in D.C. | Washington DC<br>Nov 2021 |
| Metropolitan Police Department<br>Metropolitan Police Academy CST Training Drug Identification Training | Washington DC<br>June 2021 |
| Metropolitan Police Department<br>Metropolitan Police Academy CST Training Confidential Informants | Washington DC<br>June 2021 |
| Metropolitan Police Department | Washington DC |

| | |
|---|---|
| Metropolitan Police Academy CST Training Confidential Funds | June 2021 |

Metropolitan Police Department                                                                                    Washington DC
Metropolitan Police Academy CST Training Confidential Source Registry    June 2021

**Training Created**

Metropolitan Police Department – Tactics, Environments, and Communal Interactions of Observation Posts

Metropolitan Police Department – CFSA Narcotics Training 2024

Metropolitan Police Department – Overdose Response

Metropolitan Police Department – Current Drug Trends 2024

Metropolitan Police Department - Drug Identification Training (revised)

Metropolitan Police Department – Confidential Informants (revised)

Metropolitan Police Department – Confidential Funds

Metropolitan Police Department – Confidential Source Registry

Metropolitan Police Department – Authoring Narcotics Search Warrants

Metropolitan Police Department – Narcotics Investigations

Metropolitan Police Department – Undercover Operations

**Awards**

| | |
|---|---|
| HIDTA Outstanding Investigation Involving a Violent Organization | Baltimore, MD<br>April 2025 |
| Metropolitan Police Department Achievement Medal | Washington DC<br>September 2024 |
| Metropolitan Police Department VCSD Officer of the Month 2023 | Washington DC<br>February 2023 |
| Metropolitan Police Department VCSD Officer of the Year 2021 | Washington DC<br>May 2022 |

| | |
|---|---|
| U.S. Department of Justice Public Service Award | Alexandria VA<br>April 2020 |
| Metropolitan Police Department Unit Citation Award | Washington DC<br>March 2020 |
| Metropolitan Police Department Achievement Medal | Washington DC<br>December 2018 |
| Metropolitan Police Department Achievement Medal | Washington DC<br>November 2018 |
| U.S. Department of Justice Public Service Award | Washington DC<br>October 2018 |
| Metropolitan Police Department Crime Suppression Team of the Year | Washington DC<br>March 2018 |
| Metropolitan Police Department Achievement Medal | Washington DC<br>March 2018 |
| Metropolitan Police Department Unit Citation Award | Washington DC<br>November 2017 |
| Metropolitan Police Department Crime Suppression Team of the Year | Washington DC<br>April 2017 |
| Metropolitan Police Department Unit Citation Award | Washington DC<br>December 2017 |
| Metropolitan Police Department Achievement Medal | Washington DC<br>July 2016 |
| Metropolitan Police Academy – Class Leader | Washington DC<br>September 2015 |
| Marion Police Brotherhood Letter of Appreciation | Marion MA<br>October 2011 |
| Marion Police Brotherhood Letter of Appreciation | Marion MA<br>December 2010 |
| Stonehill College Police Department Letter of Appreciation | Easton MA<br>May 2009 |

| | |
|---|---:|
| Stonehill College Star Performer | Easton MA<br>February 2009 |
| Stonehill College Police Department Letter of Commendation | Easton MA<br>January 2009 |
| Stonehill College Police Department Letter of Commendation | Easton MA<br>October 2008 |
| Massachusetts Bay Transit Police Academy- Class President | Quincy MA<br>May 2008 |
| Stonehill College Police Department Letter of Commendation | Easton MA<br>November 2007 |
| Stonehill College Police Department Letter of Commendation | Easton MA<br>October 2007 |

**Expert Testimony**

Judge Salerno, Attorney Olivia Hinerfeld, 2023 CF2 004123, Charges Unlawful Possession with Intent to Distribute a Controlled Substance N, N-Dimethylpentylone, Unlawful Possession with Intent to Distribute a Controlled Substance Cocaine, Unlawful Possession with Intent to Distribute a Controlled Substance Fentanyl, Unlawful Possession with Intent to Distribute a Controlled Substance Phencyclidine (PCP) June 3, 2025.

Judge Salerno, Attorney Natalie Anderson, 2022 CF2 0001474, Charges Possession with the Intent to Distribute Phencyclidine (PCP), April 24, 2025.

Judge Salerno, Attorney Michael Weinberg, 2024 CMD 000503 and 2024 CF2 000502, Charges Unlawful Distribution of a Controlled Substance while Armed, Possession of a Firearm During Crime of Violence or Dangerous Offense, Unlawful Possession with Intent to Distribute a Controlled Substance while Armed, Carrying a Pistol without a License (Outside Home or Place of Business), Possession of Unregistered Firearm, Unlawful Possession of Ammunition, Unlawful Possession of Drug Paraphernalia, Unlawful Distribution of a Controlled Substance, Unlawful Possession with Intent to Distribute a Controlled Substance, April 8, 2025.

Judge Di Toro, Attorney Kadian Carter, 2023 CF2 007561, Charges Possession with Intent to Distribute Controlled Substance while Armed, Possession Firearms During Crime of Violence, Possession with Intent to Distribute Controlled Substance while Armed, Possession Firearms During Crime of Violence, Carry Pistole without a License – Outside Home/Business, Possession of Unregistered Firearm, Unlawful Possession of Ammunition, Possession of Open Container of Alcohol, March 13, 2025.

Judge Israel, Attorney Anne Cotter, 2024 CF2 002828, Charges Possession with Intent to Distribute a Controlled Substance, Possession of a Firearm During Crime of Violence, Unlawful Possession of a Firearm, Carrying a Pistol without a License Outside Home or Business (prior Felony) in violation of 2nd Emergency Act of 2014, Possession of a Machine Gun, Possession of Unregistered Firearm, and Unlawful Possession of Ammunition, January 22, 2025.

Judge Salerno; Attorney William Gandy, 2024 CF2 004376, Charges Unlawful Possession with Intent to Distribute a Controlled Substance While Armed, Possession of a Firearm During a Crime of Violence or Dangerous Offense, Unlawful Possession of a Firearm (Prior Conviction), Carrying a Pistol without a License (Outside Home or Place of Business), Possession of Unregistered Firearm, Unlawful Possession of Ammunition, and Resisting Arrest, December 9, 2024.

Judge Mehta; Attorney Matthew Kinskey, 22-CR-357, Charges 21 USC 846 Detectable amounts of Marijuana, Oxycodone, and Fentanyl, 21 USC 841 Detectable amounts of Marijuana, Oxycodone, and Fentanyl, 18 USC 924(c) use, carrying, or possession of a firearm in relation to a crime of violence or drug trafficking offense, 18 USC 922(g)(1) receive any firearm or ammunition which has been shipped or transported in interstate, and DC Code 22-4503 Unlawful Possession of Firearm, November 21, 2024.

Judge Arthur; Attorney Joshua Couce, 2024 CF2 001874, Charges Distribution of Controlled Substance, Possession with Intent to Distribute Controlled Substance, and Possession of Drug Paraphernalia, August 5, 2024.

Judge Di Toro; Attorney Mikela Cuffy, 2021 CF2 002321, Charges Unlawful Possession with Intent to Distribute a Controlled Substance while Armed, Possession of a Firearm During a Crime of Violence or Dangerous Offense, Unlawful Possession of Liquid PCP, Carrying a Pistol without a License (Outside Home or Place of Business), Possession of a Large Capacity Ammunition Feeding Device, Possession of Unregistered Firearm, and Possession of Ammunition, July 26, 2024.

Judge Christian; Attorney Hannah Skopicki, 2023 CF2 004691, Charges Possession with Intent to Distribute a Controlled Substance – Cocaine and Possession of Drug Paraphernalia, April 8, 2024.

Judge Chutkan; Attorney Solomon Eppel, 22-CR-155, Charges Unlawful Possession with Intent to Distribute Four Hundred Grams or More of Fentanyl, Unlawful Possession with Intent to Distribute Fifty Grams or more of Methamphetamine, Unlawful Possession with Intent to Distribute Marijuana, Unlawful Possession with Intent to Distribute Cocaine Hydrochloride, Unlawful Possession with Intent to Distribute Cocaine Base, Unlawful Possession with Intent to Distribute Oxycodone, Unlawful Opening and Maintenance of Premises to Manufacture and Distribute a Controlled Substance, Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense, Using, Carrying, Possessing, and Brandishing a Firearm During and in Relation to a Drug Trafficking

Offense, and Carrying a Pistol Without a License (Outside Home or Place of Business) December 14, 2023

Judge Fentress; Attorney Michael Smith, 2022 NEG 164, Family Division – Processing under DC Code 16-2301(9)(A)(ii)(x), May 10, 2023

Judge Ritcher; Attorney Dylan Aluise, 2022 CMD 000688, Charges Attempt Possession of a Controlled Substance, May 2, 2023

Judge Leibovitz; Attorney Jacob Green, 2022 CF2 005592, Charges PWID Marijuana, while Armed, Possession of a Firearm during a Crime of Violence, Felon in Possession, Carrying a Pistol without a License, Possession of a Large Capacity Feeding Device, Possession of Unregistered Firearm, and Unlawful Possession of Ammunition, April 18, 2023

Judge Ryan; Attorney Iris McCranie, 2019 CF2 009755, Charges Attempt PWID of a Controlled Substance, Possession of a Controlled Substance, Maintaining a Crack House to Store, Narcotics, Unlawful Possession of a Firearm, Possession of Unregistered Firearm, and Unlawful Possession of Ammunition, and Possession of Drug Paraphernalia April 11, 2023

Judge Christian; Attorney Daniel Bromwich, 2021 CF2 000870, Charges Attempt PWID Controlled Substance, Felon in Possession, Carrying a Pistol without a License, Possession of Unregistered Firearm, and Unlawful Possession of Ammunition, March 29, 2023

Judge Leibovitz; Attorney Julian Ginos, 2020 CF2 005661, Charges Attempt PWID Marijuana, Possession of Unregistered Firearm, and Unlawful Possession of Ammunition March 14, 2023

Judge Staples; Attorney Thomas Derbish, 2022CF2004934, Charges PWID Controlled Substance, March 9, 2023

Judge Park; Attorney Richard Kelly, 2019CF2015427, Charges Attempt Distribution of a Controlled Substance, Attempt PWID Controlled Substance, and Attempt PWID Controlled Substance, February 8, 2023

Judge Wellner; Attorney Thomas Derbish, 2022CMD002408, Charges Attempt Possession with Intent to Distribute Marijuana and Attempt Possession of a Controlled Substance, November 17, 2022.

Judge Nooter; Attorney Emily Kubo, 2022CF2000241, Charges Possession with Intent to Distribute a Controlled Substance while Armed, Possession of a Firearm During a Crime of Violence, Unlawful Possession of a Firearm, Carrying a Pistol without a License, Possession of a Large Capacity Feeding Device, Possession of a Prohibited

Weapon, Possession of Unregistered Firearm, Unlawful Possession of Ammunition, October 24, 2022.

Judge O'Keefe; Attorney Christopher Macomber, 2019CF2015819, Charges Attempt Possession with Intent to Distribute a Controlled Substance and Possession of Drug Paraphernalia, September 7, 2022

Judge Crowell; Attorney Shauna Payyapilly, 2021CF2004849, Charges Attempt Possession with Intent to Distribute a Controlled Substance while Armed, Possession of a Firearm During a Crime of Violence, Unlawful Possession of a Firearm, Carry Pistol without a License, Possession of Unregistered Firearm, and Unlawful Possession Ammunition, August 24, 2022

Judge Wellner; Attorney Benjamin Helfand, 2019CF2014886, Charge Attempt Possession of Crack Cocaine and Attempt Possession of Heroin, May 11, 2022

Judge Fisher; Attorney Lindsey Baxter, 2020CF2008260, Charge Attempt Possession of Crack Cocaine, April 18, 2022 (Qualified)

Judge O'Keefe; Attorney Niki Holmes, 2020CF2000699, Charge UCSA PWID Cocaine, April 6, 2022 (First Qualification)