| | | |
|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | |
| Plaintiff ☐ | VS. | Civil/Criminal No. 23-cr-190-2 (ABJ) |
| Defendant ☑ | D'MARRELL MITCHELL | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Warrant | 8/26/2025 | X | Timothy Van Dyk | |
| 2 | Email (10/7/2021) | 8/26/2025 | X | Timothy Van Dyk | |
| 3 | Email (10/14/2021) | 8/26/2025 | X | Timothy Van Dyk | |
| 4 | Email (11/16/2021) | 8/27/2025 | X | Erik Potrafka | |
| 4B | Attachment to Email (11/16/2021) | 8/27/2025 | X | Erik Potrafka | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | |
| Plaintiff ☐ | VS. | Civil/Criminal No. 23-cr-190-1 (ABJ) |
| Defendant ☑ | ASHLEY GAUSE | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Email (11/10/2021) | 8/27/2025 | X | Erik Potrafka | |
| 2 | Email (11/10/2021) | 8/27/2025 | X | Erik Potrafka | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |