UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-190-3 (ABJ) |
| | ) | |
| TERRANCE BRANHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## TERRANCE BRANHAM'S AMENDED DEFENSE THEORY INSTRUCTION

Mr. Branham denies that he was part of a conspiracy to commit robberies and he denies that he was part of a conspiracy to distribute or possess with intent to distribute any controlled substances. Mr. Branham also denies that he participated in the robberies on January 12, 2021, February 14, 2021, March 24, 2021, March 25, 2021, and March 31, 2021. He emphasizes that there is no evidence of him planning to commit the charged robberies and no evidence of him with the proceeds of the robberies. Mr. Branham maintains that the government has failed to provide reliable evidence to prove his phone number during the conspiracy. Mr. Branham contends that the government has failed to meet its burden to prove his guilt of the offenses charged beyond a reasonable doubt.

Mr. Branham admits that he committed the April 1, 2021 robbery in Manassas, Virginia. However, he denies that the robbery was part of the charged conspiracy.  Mr. Branham denies that he ever possessed a firearm. He emphasizes that none of the witnesses in Manassas saw a firearm during the robbery and he maintains that he did not know, and it was not reasonably foreseeable for him to know that Mr. Neal would use, carry, or possess a firearm during the April 1, 2021 robbery in Manassas, Virginia.

1

Respectfully submitted,

_____/s/_____
Errin R. Scialpi
Bar #: 501051
503 D Street, N.W. Suite 300
Washington, D.C. 20001
phone: 202-643-4418 Fax: 202-478-0301
ScialpiLaw@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

_____/s/_____
Errin R. Scialpi