UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

    v.   :   No. 23-cr-190-01 (ABJ)

ASHLEY GAUSE   :

### GAUSE'S MEMORANDUM IN SUPPORT OF OBJECTIONS TO PINKERTON INSTRUCTION

Ms. Gause has joined the objections of Mitchell and Branham to the Pinkerton instruction. Through her undersigned counsel, she respectfully submits this short memorandum in further support of her position.

Ms. Gause challenges the continuing viability of the Pinkerton doctrine by objecting to any jury instruction that allows a conviction on that basis. Pinkerton is a common-law theory – essentially made up by the Supreme Court in *Pinkerton v. United States*, 328 U.S. 640 (1946) -- that is different from aiding and abetting as explained in *Smith & Wesson Brands, Inc. v. Estados Unidos Mexicanos*, 605 U.S. 280 (2025); *Nye & Nissen v. United States*, 336 U.S. 613 (1949); *Standefer v. United States*, 447 U.S. 10 (1980); and *Rosemond v. United States*, 572 U.S. 65 (2014), where Congress has addressed the issue of vicarious criminal liability in section 2 and did NOT choose to codify *Pinkerton*.  Common law criminal doctrines (such as traditional defenses) are presumed to carry forward as the will of Congress, even when not codified, but once Congress speaks, the common law doctrine is extinguished (as with the insanity defense).

This memorandum is submitted to preserve the issue for later appeal and petition for certiorari, if a guilty verdict is returned.

Lastly, Ms. Gause continues to maintain that that at a minimum *Rosemond* must be read to overrule *Pinkerton* to the extent of requiring specific advance knowledge of the firearm.

Respectfully submitted,

CARMEN D. HERNANDEZ

*/s/ Carmen D. Hernandez*
Law Office of Carmen Hernandez
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
Chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant response was filed this 16th day of October, 2025 via ECF on all counsel of record.

*/s/ Carmen D. Hernandez*
CARMEN D. HERNANDEZ