| Defendant Exhibits | UNITED STATES vs. ASHLEY GAUSE | | | | 23cr190 (ABJ) |
|---|---|---|---|---|---|

| *No.* | *Description* | *Marked for I.D.* | *Witness* | *RECEIVED IN EVIDENCE* | *EXHIBITS SENT INTO JURY* |
|---|---|---|---|---|---|
| 2 | Photo of Gause | | Potrafka | 10/9 | 10/22/2025 |
| 4 | Photo of Gause | | Potrafka | 10/9 | 10/22/2025 |
| 5 | Va Leek Texts – Page 47 | | Potrafka | 10/9 | 10/22/2025 |
| 7 | Laurel Surveillance Screenshot | | Potrafka | 10/9 | 10/22/2025 |
| 8 | Photo of Codeine Bottle | | Potrafka | 10/9 | 10/22/2025 |
| 11 | GOVT Exhibit 1506.11 AT&T Surveillance | | Velasquez | 10/7 | 10/22/2025 |
| 12 | GOVT Exhibit 1506.12 AT&T Surveillance | | | | |
| 13 | GOVT 1506.13 AT&T Surveillance | | Velasquez | 10/7 | 10/22/2025 |
| 14 | GOVT 1601 AT&T Exterior Surveillance | | Hoffman | 9/25 | 10/22/2025 |

| | UNITED STATES | |
|---|---|---|
| **Defendant Exhibits** | vs. | **23cr190 (ABJ)** |
| | **D'MARRELL MITCHELL** | |

| _No._ | _Description_ | _Marked for I.D._ | _Witness_ | _RECEIVED IN EVIDENCE_ | _EXHIBITS SENT INTO JURY_ |
|---|---|---|---|---|---|
| 2056.1 | Excerpt of Mitchell CDR x1027 (Call from November 11, 2020) | | Potrafka | 10/9 | 10/22/2025 |
| 2056.2 | Excerpt of Mitchell CDR x1027 (Call from November 12, 2020) | | Potrafka | 10/9 | 10/22/2025 |
| 2056.3 | Excerpt of Mitchell CDR x1027 (Call from December 7, 2020) | | Potrafka | 10/9 | 10/22/2025 |
| 2056.4 | Excerpt of Mitchell CDR x1027 (Call from April 21, 2021) | | Potrafka | 10/9 | 10/22/2025 |
| 2056.5 | Excerpt of Mitchell CDR x1027 (Call from November 9, 2020) | | Potrafka | 10/9 | 10/22/2025 |

| | UNITED STATES | |
|---|---|---|
| **Defendant Exhibits** | vs. | **23cr190 (ABJ)** |
| | **TERRANCE BRANHAM** | |

| No. | Description | Marked for I.D. | Witness | RECEIVED IN EVIDENCE | EXHIBITS SENT INTO JURY |
|---|---|---|---|---|---|
| 2053.1 | Excerpt of CDR for 202-940-9538 | | Potrafka | 10/14 | 10/22/2025 |
| 2054.1 | Excerpt of CDR for 202-256-8879 | | Potrafka | 10/14 | 10/22/2025 |