**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **Case No. 23-cr-00190-1 (ABJ)** |
| | * | |
| **ASHLEY GAUSE**, | * | |
| **Defendant** | * | |
| | * | |

**ooOoo**

### CONSENT MOTION TO EXTEND THE TIME FOR SENTENCING SUBMISSIONS AND CONTINUE THE SENTENCING HEARING

Ashley Gause, by her undersigned counsel, hereby respectfully moves this Honorable Court to (1) Extend the deadline to file objections and corrections to the presentence report until March 11, 2026, one week after the Motion hearing currently scheduled in the case, (2) Extend the time for filing Sentencing Memoranda, and (3) Continue Ms. Gause's sentencing hearing to a date in late May, 2026. In support thereof, Ms. Gause states the following.

1.      Due to the complexity of the Guidelines calculation and the number of charges, counsel requires additional time to prepare objections.

2.      To allow for enough time for a final report and sentencing, Ms. Gause believes the sentencing date should also be continued.

3.      To accommodate the schedule of government and defense counsel, Ms. Gause respectfully requests that the Court schedule the Sentencing Hearing to a date on or after May 18, 2026.

4.      Counsel for the government consents to this extension of time and continuance.

WHEREFORE, for the foregoing reasons, Ms. Gause respectfully moves this Honorable Court to extend the deadline to file objections and corrections to the draft presentence report to March 11, 2026, extend the time for filing sentencing memoranda and continue the sentencing hearing to a date on or after May 18, 2026.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 26th day of February, 2026.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**