**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case No. 1:23-cr-190-3 (ABJ)** |
| | ) | |
| TERRANCE BRANHAM, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>CONSENT MOTION TO CONTINUE SENTENCING</u>

Terrance Branham, by undersigned counsel, hereby respectfully moves this Honorable

Court to continue his sentencing hearing to August 31, 2026.  In support thereof, Mr. Branham

states the following.

1.      Mr. Branham is currently scheduled to be sentenced on June 26, 2026.

2.      Mr. Branham is enrolled in two Georgetown courses at D.C. Correctional

Treatment Facility, where he is earning college credits.

3.      Mr. Branham will complete the courses on August 28, 2026. Mr. Branham wishes

to have the opportunity to complete the coursework that he has started and earn college credits.

4.      Counsel for the government consents to this continuance.

WHEREFORE, for the foregoing reasons, Mr. Branham respectfully moves this

Honorable Court to continue the sentencing hearing to August 31, 2026.


Respectfully submitted,


_____/s/_____
Errin R. Scialpi
Bar #: 501051
503 D Street, N.W. Suite 300

1

Washington, D.C. 20001
phone: 202-643-4418 Fax: 202-478-0301
ScialpiLaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.


_____/s/_____
Errin R. Scialpi

2